UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,

                                          CASE NO. 1:00-CR-10

v.

                                          HON. ROBERT HOLMES BELL

CETEWAYO ASKIA BRIGGS,

       Defendant.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #164). Based on a review of defendant's motion, the Sentence Modification Report, submission by counsel for both parties, and the original criminal file, the Court has determined that the motion should be denied for the following reason(s):

Defendant was sentenced on August 23, 2000 to 240 months custody and 5 years supervised release following his conviction for Conspiracy to Manufacture Cocaine Base contrary to 21 U.S.C. §§846 and 841(a)(1), and Manufacture of Cocaine Base contrary to 21 U.S.C. §841(a)(1). On November 16, 2010, the Court reduced defendant's term of custody to 216 months due to the retroactive application of Amendments 706 and 711 to the United States Sentencing Guidelines. The Sentence Modification Report prepared by the

United States Probation Office calculated defendant's guideline range at that time to be 188 to 235 months based on a total offense level of 36 and a criminal history category I.

The Sentence Modification Report prepared as a result of defendant's Amendment 750 motion states that defendant's total offense level, criminal history category, and guideline range remain unchanged from the last sentence modification.

Since Amendment 750 does not result in a lower guideline range, defendant is not eligible for a sentence reduction under 18 U.S.C. §3582(c)(2) and USSG §1B1.10(a)(2)(B).

ACCORDINGLY, defendant's motion (docket #164) is **DENIED**.


Date:  June 8, 2012                    /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       UNITED STATES DISTRICT JUDGE